# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT BEACH POLICE DEPARTMENT, CITY OF NEWPORT BEACH, JAY R. JOHNSON, and DOES 1-100, <br><br> Defendants. | No. SA CV 17-02165-VBF-MRW <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's Order Dismissing the Action <u>With</u> Prejudice, **final judgment is hereby entered in favor of all the defendants and against plaintiff Arthur Lopez.**

Dated: December 20, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE